IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELFIDA FRANCISCA VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDY MONTENEGRO LITTLEFIELD,<br><br>    Defendant.<br>_____/ | No. C 12-04518 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 19, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2013.

DESIGNATION OF EXPERTS: 6/3/12; REBUTTAL: n/a.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 28, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by July 12, 2013;

    Opp. Due July 26, 2013;  Reply Due August 2, 2013;

     and set for hearing no later than August 16, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 10, 2013 at 3:30 PM.

JURY TRIAL DATE: September 23, 2013 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in March 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/16/13

SUSAN ILLSTON
United States District Judge